Richard R. Friess, Esq. ISB #7820
friess@thwlaw.com
THOMSEN HOLMAN WHEILER, P.L.L.C.
2635 Channing Way
Idaho Falls, ID 83404
Telephone: (208) 522-1230
Fax: (208) 522-1277

Brian M. Lutz, CA SBN #255976 (admitted *pro hac vice*)
blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Fax: (415) 393-8306

Stephen C. Whittaker, CA SBN #283518 (admitted *pro hac vice*)
cwhittaker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: (949) 451-3800
Fax:  (949) 451-4220

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MELALEUCA, Inc., an Idaho corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KOT NAM SHAN, an individual, and<br>SHAKLEE CORP., a Delaware corporation,<br><br>　　　　Defendants. | Case No. 4:18-cv-36<br><br>**MOTION FOR PRELIMINARY INJUNCTION** |

The plaintiff, Melaleuca, Inc., ("Melaleuca") by and through its counsel of record, respectfully requests that the Court enter a Preliminary Injunction against the Defendants Kot Nam Shan and Shaklee Corporation ("Shaklee"). The motion is based upon the record, Complaint, forthcoming memorandum of law and supporting declarations, and other forthcoming supporting evidence. The motion is made pursuant to Rule 65 of the Federal Rules of Civil Procedure.

Melaleuca seeks an order enjoining Defendants from the following:

<u>As it pertains to Defendant Kot</u>:

a. Working in any capacity for or with Shaklee.

b. Communicating directly or indirectly with Shaklee (including Shaklee employees, officers, directors, agents and representatives), Shaklee's customers or independent contractors.

c. Promoting, endorsing, speaking on behalf of, or making any public or non-public statements concerning Shaklee or its products.

d. Using or disclosing Melaleuca's confidential or proprietary information, whether in written or non-written form.

e. Communicating directly or indirectly with Melaleuca employees, agents, representatives, and Marketing Executives.

f. Engaging in any conduct in breach of the Non-Interference and Non-Competition Agreement or the Confidentiality and Non-Solicitation Agreement between Kot and Melaleuca.

<u>As it pertains to Defendant Shaklee (including any Shaklee subsidiaries, affiliates, or related entities)</u>:

a. Employing Kot or working with him in any capacity.

      b.      Communicating directly or indirectly with Kot, including with his agents or representatives.

      c.      Making any public or non-public statements concerning Kot or Kot's affiliation with Melaleuca, including using Kot's name, likeness, or affiliation to promote or endorse Shaklee or its products.

      d.      Using or disclosing Melaleuca's confidential or proprietary information.

Melaleuca preserves its right to supplement this motion for preliminary injunction.

DATED February 1, 2018.

                                        THOMSEN HOLMAN WHEILER, PLLC

                                        By: _/s/_____
                                              Richard R. Friess
                                              THOMSEN HOLMAN WHEILER, PLLC
                                              2635 Channing Way
                                              Idaho Falls, ID  83404
                                              Telephone: (208) 522-1230
                                              Fax: (208) 522-1277

                                              *Of counsel:*

                                              Brian M. Lutz (admitted *pro hac vice*)
                                              blutz@gibsondunn.com
                                              GIBSON DUNN & CRUTCHER LLP
                                              555 Mission Street, Suite 3000
                                              San Francisco, CA 94105-0921
                                              Telephone: (415) 393-8200
                                              Fax: (415) 393-8306

                                              Stephen C. Whittaker (admitted *pro hac vice*)
                                              cwhittaker@gibsondunn.com
                                              GIBSON, DUNN & CRUTCHER LLP
                                              3161 Michelson Drive
                                              Irvine, CA 92612-4412
                                              Telephone: (949) 451-3800
                                              Fax:  (949) 451-4220

                                              Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

Brook B. Bond
PARSONS BEHLE & LATIMER
bbond@parsonsbehle.com

*Attorney for Defendant Shaklee Corp.*

Sean J. Coletti
HOPKINS RODEN CROCKETT
seancoletti@hopkinsroden.com

*Attorney for Defendant Kot Nam Shan*

                                               _____*/s/ Richard R. Friess*_____
                                                     Richard R. Friess

RRF/4550.082/PLEADINGS/016 MOT PRELIM INJ