Brook B. Bond, ISB No. 6340
Jamie K. Ellsworth, ISB No. 8372
Christina Hardesty, ISB No. 10396
PARSONS BEHLE & LATIMER
800 W. Main Street, Suite 1300
Boise, ID  83702
Telephone:  (208) 562-4900
Facsimile:  (208) 562-4901
Email: BBond@parsonsbehle.com
        JEllsworth@parsonsbehle.com
        CHardesty@parsonsbehle.com

Arturo J. Gonzalez (*pro hac vice*)
Eric A. Tate (*pro hac vice*)
Anna Ferrari (*pro hac vice*)
Morrison Foerster LLP
425 Market Street
San Francisco, CA  94105
Telephone:  (415) 268-6915
Email: ETate@mofo.com
        AGonzalez@mofo.com
        AFerrari@mofo.com

Attorneys for Defendant
Shaklee Corporation

### UNITED STATES DISTRICT COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| MELALEUCA, INC., an Idaho corporation,<br><br>Plaintiff,<br><br>v.<br><br>KOT NAM SHAN, an individual, and<br>SHAKLEE CORP., a Delaware corporation,<br><br>Defendants. | Case No. 4:18-cv-00036-DCN<br><br>DEFENDANT SHAKLEE<br>CORPORATION'S CORPORATE<br>DISCLOSURE STATEMENT |

DEFENDANT SHAKLEE CORPORATION'S CORPORATE DISCLOSURE STATEMENT - 1

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Shaklee Corporation states that it is 100% owned by Shaklee U.S. Holdings Corporation, which in turn is 100% owned by Shaklee Global Group, Inc. ("SGG"). The shares of SGG are listed and traded on JASDAQ, which is part of the Osaka Securities Exchange.

DATED THIS 7th day of February, 2018.

PARSONS BEHLE & LATIMER

By */s/ Brook B. Bond*
    Brook B. Bond
Attorneys for Defendant
Shaklee Corporation

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 7th day of February, 2018, I electronically filed the within and foregoing instrument with the Clerk of the Court using the CM/ECF system, which caused the following parties and counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Richard R. Friess, Attorneys for Melaleuca, Inc.
friess@thwlaw.com

Sean J. Coletti, Attorney for Kot Nam Shan
seancoletti@hopkinsroden.com

Brian M. Lutz, Attorneys for Melaleuca, Inc.
BLutz@gibsondunn.com

Kent L. Hawkins
khawk@merrillandmerrill.com


/s/ Brook B. Bond
Brook B. Bond