Richard R. Friess, Esq. ISB #7820
friess@thwlaw.com
THOMSEN HOLMAN WHEILER, P.L.L.C.
2635 Channing Way
Idaho Falls, ID 83404
Telephone: (208) 522-1230
Fax: (208) 522-1277

Brian M. Lutz, CA SBN #255976 (admitted *pro hac vice*)
blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Fax: (415) 393-8306

Stephen C. Whittaker, CA SBN #283518 (admitted *pro hac vice*)
cwhittaker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: (949) 451-3800
Fax:  (949) 451-4220

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MELALEUCA, Inc., an Idaho corporation, and MELALEUCA (CHINA) WELLNESS PRODUCTS CO., LTD., a wholly-owned subsidiary of Melaleuca, Inc.<br><br>    Plaintiffs,<br><br>v.<br><br>KOT NAM SHAN, an individual, and SHAKLEE CORP., a Delaware corporation,<br><br>    Defendants. | Case No. 4:18-cv-36<br><br>**AMENDED MOTION FOR PRELIMINARY INJUNCTION** |

The Plaintiffs, Melaleuca, Inc. ("Melaleuca") and Melaleuca (China) Wellness Products Co., Ltd. ("Melaleuca China"), by and through their counsel of record, respectfully request that the Court enter a Preliminary Injunction against the Defendants Kot Nam Shan and Shaklee Corporation ("Shaklee"). The Amended Motion for Preliminary Injunction is based upon the record, Amended Complaint, memorandum of law and supporting declarations and exhibits, and other supporting evidence. The motion is made pursuant to Rule 65 of the Federal Rules of Civil Procedure.

Plaintiffs seek an order enjoining Defendants, until a trial on the merits is heard before the Court, from the following:

<u>As it pertains to Defendant Kot</u>:

a. Working in any capacity for or with Shaklee.

b. Promoting, endorsing, speaking on behalf of, or making any public or non-public statements concerning Shaklee or its products.

c. Using or disclosing Plaintiffs' confidential or proprietary information, whether in written or non-written form.

d. Communicating directly or indirectly with Plaintiffs' employees, agents, representatives, and Marketing Executives.

e. Engaging in any conduct in breach of the Non-Competition Agreements or the Confidentiality and Non-Solicitation Agreements between Kot and Plaintiffs.

<u>As it pertains to Defendant Shaklee (including any Shaklee subsidiaries, affiliates, or related entities)</u>:

a. Employing Kot or working with him in any capacity.

    b.       Making any public or non-public statements concerning Kot or Kot's affiliation with Plaintiffs, including using Kot's name, likeness, or affiliation to promote or endorse Shaklee or its products.

    c.       Using or disclosing Plaintiffs' confidential or proprietary information.

DATED February 20, 2018.

        THOMSEN HOLMAN WHEILER, PLLC

        By: */s/ Richard R. Friess*
           Richard R. Friess
           THOMSEN HOLMAN WHEILER, PLLC
           2635 Channing Way
           Idaho Falls, ID 83404
           Telephone: (208) 522-1230
           Fax: (208) 522-1277

           *Of counsel:*

           Brian M. Lutz (admitted *pro hac vice)*
           blutz@gibsondunn.com
           GIBSON DUNN & CRUTCHER LLP
           555 Mission Street, Suite 3000
           San Francisco, CA 94105-0921
           Telephone: (415) 393-8200
           Fax: (415) 393-8306

           Stephen C. Whittaker (admitted *pro hac vice*)
           cwhittaker@gibsondunn.com
           GIBSON, DUNN & CRUTCHER LLP
           3161 Michelson Drive
           Irvine, CA 92612-4412
           Telephone: (949) 451-3800
           Fax: (949) 451-4220

           Attorneys for Plaintiff