Richard R. Friess, Esq. ISB #7820
friess@thwlaw.com
THOMSEN HOLMAN WHEILER, P.L.L.C.
2635 Channing Way
Idaho Falls, ID 83404
Telephone: (208) 522-1230
Fax: (208) 522-1277

Brian M. Lutz (admitted *pro hac vice*)
blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Fax: (415) 393-8306

Stephen C. Whittaker (admitted *pro hac vice*)
cwhittaker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: (949) 451-3800
Fax:  (949) 451-4220

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MELALEUCA, Inc., an Idaho corporation, and MELALEUCA (CHINA) WELLNESS PRODUCTS CO., LTD., a wholly-owned subsidiary of Melaleuca, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>KOT NAM SHAN, an individual, and SHAKLEE CORP., a Delaware corporation,<br><br>Defendants. | Case No. 4:18-cv-36<br><br>**DECLARATION OF RYAN D. NELSON IN SUPPORT OF THE AMENDED MOTION FOR PRELIMINARY INJUNCTION** |

1- DECLARATION OF RYAN D. NELSON

1.      My name is Ryan D. Nelson.  I am an attorney licensed to practice law in Idaho State Court and in the Federal District Court of the State of Idaho.  I have personal knowledge of the facts set forth in this declaration, and were I called upon to testify, I could and would truthfully testify thereto.

2.      I have been employed by Plaintiff Melaleuca, Inc. as General Counsel and in the Legal Department since 2009.

3.      On January 16, 2018, I submitted a declaration in this case in support of a temporary restraining order, detailing several facts relevant to this case.  I reaffirm the statements made in that declaration, which is attached as Exhibit A to this Declaration.  I submit this Declaration to provide additional facts in support of Melaleuca's request for a preliminary injunction.

4.      As I detailed in my prior Declaration, I spoke with Todd Tucker on January 11, 2018.  In addition to the information detailed in my prior Declaration, Mr. Tucker also told me that Shaklee had been in discussions with Mr. Kot for employment prior to December 2017, and that Shaklee decided to wait for what he viewed as the requisite six-week period to see whether Melaleuca would pay Mr. Kot any compensation before formally hiring Mr. Kot in early January to work at Shaklee.

5.      During this approximately six-week period between the time that Mr. Kot left his employment with Melaleuca and joined Shaklee, neither Mr. Kot nor Shaklee revealed that Mr. Kot had interviewed and been offered a position with Shaklee.  In fact, as set forth in my prior declaration, in response to my direct question, Marjorie Fine, long-time General Counsel and a Director at Shaklee, specifically denied that Shaklee had interviewed or offered to hire Mr. Kot.

2- DECLARATION OF RYAN D. NELSON

On or about January 18, 2018, I had a follow-up conversation with Ms. Fine, who told me that Mr. Tucker had withheld from her that Shaklee had in fact interviewed and hired Mr. Kot. She apologized for not providing me accurate information.

6. I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

DATED this 20th day of February, 2018.

By: _____
Ryan D. Nelson, Esq.

3- DECLARATION OF RYAN D. NELSON